FILED
2013 Feb-19  AM 09:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOHN T. BROWN,** ) | |
| ) | |
| Plaintiff, ) | Civil Action Number |
| **vs.** ) | **2:12-cv-03642-AKK** |
| ) | |
| **LVNV FUNDING LLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## FINAL JUDGMENT

Consistent with the parties' offer and acceptance of final judgment, *see* doc. 13, **FINAL JUDGMENT** is hereby entered against Defendant LVNV Funding, LLC, in the amount of $5,000.00, which includes attorneys' fees and costs, and in favor of Plaintiff John T. Brown.  Therefore, this case is **DISMISSED with prejudice**.  Costs taxed as paid.

**DONE** this 19th day of February, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE